## SCHNIEDERMAN etc v SESSANSTEIN

### Ohio Supreme Court

No 21290. Decided May 29, 1929

Syllabus by MATTHIAS, J.
### AUTOMOBILES

(50 C2c) An ordinance of a municipality which prescribes a manner of driving or a rate of speed of automobiles in conflict with the provisions of the statute is invalid.
valid.

The provision of an ordinance of a municipality which makes unlawful a rate of speed exceeding fifteen miles per hour, regardless of whether such speed is great-

er than reasonable and proper, considering the width, traffic use and the general and usual rules of such road or highway, is in conflict with 12603, GC, and therefore invalid.

**TRIAL**

(590 W3g) A witness who testifies as to facts cannot be discredited by evidence of the expression of an opinion relative to the merits of the case.

Kinkade, Robinson and Jones, JJ, concur. Allen, J, dissents.